**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**STEPHAN HENRY,**

**Plaintiff,**

**- against -**

**1744 REST INC. ET ANO.,**

**Defendants.**

**26-cv-4517 (JGK)**

**Order**

**JOHN G. KOELTL, District Judge:**

Pursuant to Rule 12(a) of the Federal Rules of Civil Procedure, the time for the defendant 1744 Second Realty Corp. ("Second Realty") to answer the complaint was July 27, 2026. See ECF No. 8. To date, no answer has been filed.

The time for Second Realty to answer or respond to the complaint is extended until **August 4, 2026.** Failure to respond to the complaint by this date could result in a default judgment being entered against Second Realty.

The plaintiff shall serve a copy of this Order on Second Realty and file proof of service on the docket by **July 29, 2026.**

**SO ORDERED.**

**Dated:** **New York, New York**
**July 28, 2026**

**John G. Koeltl**
**United States District Judge**