**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**STEPHAN HENRY,**

**Plaintiff,**

**- against -**

**1744 REST INC., ET AL.,**

**Defendants.**

**26-cv-4517 (JGK)**

**Order**

---

**John G. Koeltl, District Judge:**

The parties are directed to submit a Rule 26(f) report by **September 11, 2026.** The conference set for September 17, 2026 is canceled.

**SO ORDERED.**

**Dated: New York, New York**
**August 26, 2026**

**/s/ John G. Koeltl**
**John G. Koeltl**
**United States District Judge**